UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSIEL MARTINEZ<br>c/o 519 H Street NW<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AMERICAN SECURITY, LLC<br>d/b/a GARDAWORLD<br>1699 S Hanley Road, Suite 350<br>St. Louis, MO 63144<br><br>    Defendant. | Civil Action No. 1:25-cv-01369 |

**UNITED AMERICAN SECURITY, LLC's CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1)-(2), United American Security, LLC ("United American Security") hereby discloses its parent entities as follows.

Defendant United American Security, LLC, is a wholly owned subsidiary of Garda Security, Inc., which is incorporated in the state of Delaware and headquartered in St. Louis, Missouri. Garda Security, Inc., is a wholly owned subsidiary of Garda USA Inc., which is incorporated in the state of Delaware and headquartered in St. Louis, Missouri.

Date: May 5, 2025

Respectfully submitted,

*/s/Adam Calandra*
Adam Calandra, #241622
Teresa Jakubowski, #443380
BARNES & THORNBURG, LLP
555 12th Street N.W., Suite 1200
Washington, D.C. 20004
Ph. (202) 289-1313 adam.calandra@btlaw.com
teresa.jakubowski@btlaw.com

Attorneys for United American Security, LLC